# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Marsha A. Giles                                Docket No. 5:07-CR-284-1FL

### Petition for Action on Probation

      COMES NOW Mindy L. Threlkeld, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Marsha A. Giles, who, upon an earlier plea of guilty to 18 U.S.C. §641, Embezzlement or Theft of Government Property, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on January 10, 2008, to a 60 month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

2. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

3. The defendant shall submit to financial or consumer credit counseling as directed by the probation office.

      **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On April 20, 2012, the defendant committed the offense of Misdemeanor Larceny in Cumberland County, North Carolina. The defendant was with a friend and as they were exciting Walmart, her friend was detained by loss prevention. The defendant had already passed the last point of sale, but immediately turned and went to a self check out register where she removed the items from her pocket book and paid for the items. The merchandise totaled $45.37. It is recommended that the defendant complete 24 hours of community service along with a 4-hour theft education class.

      The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

      **PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

2. The defendant shall participate in a 4-hour theft education class, as directed by the probation office.

Marsha A. Giles
Docket No. 5:07-CR-284-1FL
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                I declare under penalty of perjury that the
                                      foregoing is true and correct.

 /s/ Robert L. Thornton                 /s/ Mindy L. Threlkeld
Robert L. Thornton                    Mindy L. Threlkeld
Supervising U.S. Probation Officer    U.S. Probation Officer
                                      310 Dick Street
                                      Fayetteville, NC 28301-5730
                                      Phone: (910) 483-8613
                                      Executed On: May 7, 2012

### ORDER OF COURT

Considered and ordered this 10th day of May, 2012, and ordered filed and made a part of the records in the above case.

/s/ Louise W. Flanagan
Louise W. Flanagan
U.S. District Judge